IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEPHEN THEBERGE, ANTOINETTE
SUCHENKO,

        Plaintiffs,

18cv1472
LEAD CASE

        v.

ALLIANCE ENTERTAINMENT, LLC,

        Defendant.

---

TOM BROWN,

        Plaintiff,

18cv1473
MEMBER CASE

        v.

APOLLO BOX, INC.,

        Defendant.

---

TOM BROWN,

        Plaintiff,

18cv1474
MEMBER CASE

        v.

BRIDGESTONE GOLF, INC.,

        Defendant.

---

TOM BROWN,

        Plaintiff,

18cv1485
MEMBER CASE

        v.

GIANT BICYCLE, INC.,

        Defendant.

_____

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1486
                                            MEMBER CASE
             v.

FITBIT, INC.,

       Defendant.

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1487
                                            MEMBER CASE
             v.

KEEN, INC.,

       Defendant.

---

TOM BROWN,

       Plaintiff,                18cv1495
                                            MEMBER CASE
             v.

LEDBURY INC.,

   Defendant

RACHEL GNIEWKOWSKI,

       Plaintiff,                18cv1496
                                            MEMBER CASE
             v.

L'ANGE HAIR, INC.,

       Defendant

TOM BROWN,

        Plaintiff,                                  18cv1497
                                                  MEMBER CASE

        v.

RTIC WEB SERVICES, LLC,

        Defendant.

---

LISA GATHERS, TOM BROWN,

        Plaintiffs,                                18cv1512
                                                  MEMBER CASE

        v.

THE TEACHING COMPANY SALES, LLC,

        Defendant.

---

TOM BROWN,

        Plaintiff,                                  18cv1513
                                                  MEMBER CASE

        v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

        Defendant.

---

TOM BROWN,

        Plaintiff,                                  18cv1514
                                                  MEMBER CASE

        v.

SUUNTO INCORPORATED,

        Defendant.

RACHEL GNIEWKOWSKI,

      Plaintiff,                     18cv1520
                                        MEMBER CASE

          v.

MONOPRICE, INC.,

      Defendant.

---

RACHEL GNIEWKOWSKI,

      Plaintiff,                     18cv1523
                                        MEMBER CASE

          v.

RETAIL CONVERGENCE.COM, LP,

      Defendant.

---

RACHEL GNIEWKOWSKI,

      Plaintiff,                     18cv1524
                                        MEMBER CASE

          v.

SCENTBIRD, INC.,

      Defendant.

---

TOM BROWN,

      Plaintiff,                     18cv1526
                                        MEMBER CASE

          v.

WILSON SPORTING GOODS CO.,

      Defendant.

---

RACHEL GNIEWKOWSKI,

|  |  |
|---|---|
| Plaintiff, | 18cv1543<br>MEMBER CASE |
| v. |  |
| THIRDLOVE, LLC, |  |
| Defendant. |  |
| RACHEL GNIEWKOWSKI, |  |
| Plaintiff, | 18cv1544<br>MEMBER CASE |
| v. |  |
| TORRID, LLC, |  |
| Defendant. |  |
| TOM BROWN, |  |
| Plaintiff, | 18cv1545<br>MEMBER CASE |
| v. |  |
| WINDOW NATION, INC., |  |
| Defendant. |  |
| TOM BROWN, |  |
| Plaintiff, | 18cv1561<br>MEMBER CASE |
| v. |  |
| CALLAWAY GOLF COMPANY, |  |
| Defendant. |  |

# **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561 are hereby consolidated with Civil Action No. 18-1472, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 18-1472.

3. The Clerk of Court shall close Civil Action No. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561.

**SO ORDERED** this 20th day of November, 2018.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge